# UNITED STATES DISTRICT COURT
for the

Eastern District of California



**FILED**

DEC 11 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)　　Case No.　　1:14CR00256-002 LJO
　　　　　　　　　　　　　　　　　　)
CHRISTOPHER COX　　　　　　　　　　)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

　　The defendant must appear at:　　**U.S. DISTRICT COURT, 2500 Tulare Street, Fresno, California**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Place*

　　Courtroom 4 – 7th Floor

　　on　　　　**February 29, 2016 at 8:30am before Judge O'Neill**
　　　　　　　　　　　　　　　　*Date and Time*

　　If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**TO U.S. MARSHAL: DELAY RELEASE until Monday, December 14, 2015 at 1:00pm from Fresno County Jail to the eustody of Ms. Pamela Long, of EIS Consultation Services for transportation directly to the Teen Challenge facility in Shafter, CA.**

(Copies to:　Defendant;　US Attorney;　US Marshal;　Pretrial Services　or　Probation;　or　Federal Defenders Office in Fresno, CA and FD - office shall provide a copy of this Order to defendant)

COX, Christopher
Dkt. No. 14-256

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization   Teen Challenge

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑ (7) The defendant shall:
  ☑ (a) report on a regular basis to the following agency:
       Pretrial Services and comply with their rules and regulations;
  ☑ (b) report by telephone to the Pretrial Services Agency on the first working day following your release from custody;
  ☑ (c) reside and participate in the Teen Challenge Residential Treatment Program, as directed by program staff and Pretrial Services; travel restricted to the Eastern District and Central Districts of CA, unless otherwise approved in advance by PSO;
  ☑ (d) report any contact with law enforcement to your PSO within 24 hours;
  ☑ (e) not associate or have any contact with: Richard Upshaw, unless in the presence of counsel or otherwise approved in advance by the PSO;
  ☑ (f) upon successful completion of the program, you are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
  ☑ (g) refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☑ (h) submit to drug or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
  ☑ (i) refrain from any use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;
  ☑ (j) participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
  ☑ (k) take all medications as prescribed by a licensed medical practitioner;
  ☑ (l) not obtain a passport or other traveling documents during the pendency of this case;
  ☑ (m) report in person to the Pretrial Services Office in Fresno, on the first working day following your successful completion os the Teen Challenge Program, to arrange to have yourself placed on the Court's calendar for further disposition;

☑ **USMS SPECIAL INSTRUCTIONS:**

  (n) have your release on bond delayed until December 14, 2015, at 1:00 p.m., at which time you will be released by Fresno County Jail personnel into the custody of Ms. Pamela Long, of EIS Consultation Services for transportation directly to the Teen Challenge facility in Shafter, CA.

1:14CR256

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Christopher Cox

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_X Chris Cox_
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing. on the date indicated – Dec 14, 2015 at 1 pm
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _Dec 11, 2015_    _____
*Judicial Officer's Signature*

Lawrence J. O'Neill, U.S. District Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL